**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **NORMA NIEVES ALVARADO,** | )<br>) |
| Plaintiff, | )<br>) Case No. CV12-10010 AJW |
| v. | )<br>) **J U D G M E N T** |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | )<br>)<br>) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's motion for summary judgment is **granted**, and this action is **dismissed with prejudice.**

January 28, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge